IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION


ALLERY DELJUAN HOPSON                                                       PLAINTIFF

V.                                               CIVIL ACTION NO.: 3:16CV223-NBB-RP

PHIL BRYANT, ET AL.                                                        DEFENDANTS


## JUDGMENT

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated December 9, 2016, was on that date duly served by mail on the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; that plaintiff requested and received an extension of time within which to file objections; that the extended time to file objections has now passed; and that no objection to the Report and Recommendation has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated December 9, 2016, is hereby **APPROVED AND ADOPTED** as the opinion of the Court;

2. That defendants Phil Bryant, Robert Elliott, Ben Creekmore, Kelly Luther, Brian Avery, Jason Tubb, Milton E. Magee, Jr., the Mississippi Department of Corrections, Clayton Tartt, Justin Taylor, and Jim Dobbins are **DISMISSED** from this action with prejudice; and

3.  That the plaintiff's claims concerning his detention in the Union County Jail and the denial of medical care at that facility proceed against defendants Johnny Bell, Jimmy Edwards, and Terry Wayne Dykes.

**SO ORDERED** this the 24th day of January, 2017.


   /s/ Neal Biggers
**NEAL B. BIGGERS**
**UNITED STATES DISTRICT JUDGE**